**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**JANUARY 28, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 608**

In the Matter of                                               Case Number:

CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, et al.
  v.
CHAKRA, INC., an Illinois corporation

**JUDGE KOCORAS**
**MAGISTRATE JUDGE ASHMAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, et al., Plaintiffs herein

| |
|---|
| NAME (Type or print)<br>Cecilia M. Scanlon |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Cecilia M. Scanlon |
| FIRM<br>Baum Sigman Auerbach & Neuman, Ltd. |
| STREET ADDRESS<br>200 W. Adams Street, Suite 2200 |
| CITY/STATE/ZIP<br>Chicago, IL  60606-5231 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6288574 | 312/236-4316 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐