## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS and MICHAEL T. KUCHARSKI, as Administrative Manager, | ) ) ) ) ) | CIVIL ACTION |
| Plaintiffs, | ) ) | NO.  08 C 608 |
| -vs- | ) ) | Judge Kocoras |
| CHAKRA, INC., an Illinois Corporation, | ) ) ) | Magistrate Judge Ashman |
| Defendant. | ) | |

### NOTICE OF FILING

TO:    Patrick N. Ryan
        Baum, Sigman, Auerbach & Neuman, Ltd.
        200 West Adams Street
        Suite 2200
        Chicago, Illinois 60606

      PLEASE TAKE NOTICE that on the 21st day of April 2008, I filed electronically with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the attached *Answer to Complaint*.

      BERGLUND & MASTNY, P.C.

      By:  /s/ Joseph P. Berglund

Joseph P. Berglund
Kenneth M. Mastny
BERGLUND & MASTNY, P.C.
900 Jorie Boulevard, Suite 122
Oak Brook, Illinois 60523-3823
(630) 990-0234

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, declare under penalty of perjury under the laws of the United States of America that I electronically served this *Notice of Filing,* along with the attached *Answer to Complaint* upon the individual set forth above pursuant to the Northern District of Illinois' ECF filing system on this 21st day of April 2008.

    /s/ Joseph P. Berglund