**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS and MICHAEL T. KUCHARSKI, as Administrative Manager, | ) ) ) ) | CIVIL ACTION |
| Plaintiffs, | ) ) | NO.   08 C 608 |
| -vs- | ) ) | Judge Kocoras |
| CHAKRA, INC., an Illinois Corporation, | ) ) ) | Magistrate Judge Ashman |
| Defendant. | ) | |

<u>NOTICE OF FILING</u>

TO:   Patrick N. Ryan
      Baum, Sigman, Auerbach & Neuman, Ltd.
      200 West Adams Street
      Suite 2200
      Chicago, Illinois 60606

     PLEASE TAKE NOTICE that on the 21st day of April 2008, I filed electronically with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the attached ***Third-Party Complaint***.

                             BERGLUND & MASTNY, P.C.

                             By:   /s/ Joseph P. Berglund

Joseph P. Berglund
Kenneth M. Mastny
BERGLUND & MASTNY, P.C.
900 Jorie Boulevard, Suite 122
Oak Brook, Illinois 60523-3823
(630) 990-0234

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, declare under penalty of perjury under the laws of the United States of America that I electronically served this *Notice of Filing,* along with the attached *Third-Party Complaint* upon the individual set forth above pursuant to the Northern District of Illinois' ECF filing system on this 21st day of April 2008.

        /s/ Joseph P. Berglund