## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv608                         Assigned/Issued By: CEM

Judge Name: KOCORAS                          Designated Magistrate Judge: ASHMAN

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP       ☐ No Fee   ☐ Other _____
              ☐ $455.00

Number of Service Copies _____          Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____                Receipt #: _____

Date Payment Rec'd: _____            Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                              ☐ Alias Summons

☑ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
                                       _____
☐ Wage-Deduction Garnishment Summons   _____
                                       *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets          ☐ Other

☐ Writ _____         _____
       *(Type of Writ)*                _____
                                       *(Type of issuance)*

3 Original and 3 copies on 5/14/08 as to Chicago Regional Council of
                          *(Date)*
Carpenters Pension Fund; Chicago Regional Council of Carpenters Welfare Fund; and Chicago

Regional Council of Carpenters Apprentice & Trainee Program Fund.