UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Carpenters Fringe Benefit Funds of Illinois, et al.
                                        Plaintiff,
v.                                              Case No.: 1:08−cv−00608
                                                Honorable Charles P. Kocoras
Chakra, Inc.
                                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

    MINUTE entry before the Honorable Charles P. Kocoras:Status hearing held on 7/23/2008. Third Party Defendants are given to 7/25/2008 to respond to the Third Party Complaint. Status hearing set for 8/26/2008 at 9:30 a.m. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.