AO 441 (Rev. 9/00) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

PLAINTIFF

Carpenters Fringe Benefit Funds of Illinois and
Michael T. Kucharski, as Administrative
Manager

**THIRD PARTY SUMMONS IN A
CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF

Chakra, Inc.

CASE NUMBER:   08 C 608

ASSIGNED JUDGE:   Kocoras

V. THIRD PARTY DEFENDANT

Chicago Regional Council of Carpenters
Pension Fund, the Chicago Regional Council of
Carpenters Welfare Fund and the Chicago
Regional Council of Carpenters Apprentice and

DESIGNATED
MAGISTRATE JUDGE:   Ashman

TO: Name and address of Third Party Defendant

Chicago Regional Council of Carpenters
Apprentice and Trainee Program Fund

12 East Erie Street, Chicago, IL  60611

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Patrick N. Ryan
Baum, Sigman, Auerbach & Neuman, Ltd.
200 W. Adams Street, Suite 2200
Chicago, IL  60606

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY
(name and address)

Joseph P. Berglund
Kenneth M. Mastny
Berglund & Mastny, P.C.
900 Jorie Blvd, Suite 122
Oak Brook, IL  60523

an answer to the third-party complaint which is herewith served upon you within __20__ days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

MICHAEL W. DOBBINS, CLERK

C. MERCADO                                         MAY 14 2008
(By) DEPUTY CLERK                                  DATE

AO 441 (Rev. 09/00) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 21 may 08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Edward Wayne Bunch | PI |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where
12 E Erie Chgo

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

Executed on  21 may 08        [signature]
                Date          Signature of Server

6321 W 63 Pl
Address of Server
Chgo IL 60638

[Signature: Lisa M. Esposito]

OFFICIAL SEAL
LISA M ESPOSITO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/04/10

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.