**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS and MICHAEL T. KUCHARSKI, as Administrative Manager, | )<br>)<br>)<br>)     CIVIL ACTION<br>) |
| Plaintiffs, | )<br>) |
| -vs- | )     NO. 08 C 608<br>) |
| CHAKRA, INC., an Illinois Corporation, | )     Judge Kocoras<br>)<br>)     Magistrate Judge |
| Defendant. | )     Ashman<br>) |
| ------------------------------------------------------- | ) |
| CHAKRA, INC. | )<br>) |
| Defendant/Third-Party Plaintiff, | )<br>) |
| vs. | )<br>) |
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, the CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and the CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE and TRAINEE PROGRAM FUND, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Third-Party Defendants. | ) |

## CERTIFICATE OF SERVICE

Leonard Saphire-Bernstein, an attorney, certifies that he caused the attached answer and appearance to be served on the parties named below, counsel for the plaintiff and third-party plaintiff, at the addresses indicated, by electronic service on July 28, 2008.

Joseph Patrick Berglund
Berglund & Mastny PC
900 Jorie Boulevard
Suite 122
Oakbrook, IL 60521

Patrick N. Ryan
Baum Sigman Auerbach & Neuman, Ltd.
200 West Adams Street
Suite 2200
Chicago, IL 60606-5231


/s/ Leonard Saphire-Bernstein
Attorney for Third Party Defendants
WHITFIELD, McGANN & KETTERMAN
111 E. Wacker Dr., Suite 2600
Chicago, IL 60601
312-251-9700
312-251-9700