**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                     Case Number:     08 Cv 608

Carpenters Fringe Benefit Funds, et al., vs. Chakra

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Third party defendant, Chicago Regional Council of Carpenters Pension Fund, Chicago Regional Council of Carpenters Welfare Fund, and Chicago Regional Council of Carpenters Apprentice and Trainee Program Third party defendants

| | |
|---|---|
| NAME (Type or print) /s/ Leonard Saphire-Bernstein | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ Leonard Saphire-Bernstein | |
| FIRM     Whitfield, McGann & Ketterman | |
| STREET ADDRESS     111 E. Wacker Dr., Suite 2600, Chicago, IL 60601 | |
| CITY/STATE/ZIP     Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 3127659 | TELEPHONE NUMBER     312.951.2700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") Y | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") Y | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") Y | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.  RETAINED COUNSEL          APPOINTED COUNSEL | |